# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES E. HERMANSON,

    *Petitioner*,

vs.

ISIDRO BACA, *et al.,*

    *Respondents*.

3:17-cv-00721-HDM-VPC

ORDER

Petitioner's motion, through provisional counsel, for an extension of time (ECF No. 7) is GRANTED, and the time for the Federal Public Defender to enter a notice of appearance or otherwise respond to the Court's prior order (ECF No. 3) is extended up to and including February 2, 2018. No additional extensions will be granted.

DATED: January 8, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge