**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES E. HERMANSON, | ) | |
| Petitioner, | ) | |
| | ) | 3:17-cv-00721-HDM-VPC |
| v. | ) | |
| ISIDRO BACA, et al., | ) | **ORDER** |
| Respondents. | ) | |

Respondents' unopposed motion for enlargement of time (ECF No. 23) is GRANTED. Respondents shall have to and including October 22, 2018, within which to file a response to the petitioner's second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 7th day of September, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE