# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES E. HERMANSON, | ) | |
| Petitioner, | ) | |
| | ) | 3:17-cv-00721-HDM-VPC |
| v. | ) | |
| | ) | |
| ISIDRO BACA, et al., | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

Respondents' third unopposed motion for enlargement of time (ECF No. 27) is GRANTED. Respondents shall have to and including December 20, 2018, within which to file a response to the petitioner's second amended petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED: 6th day of December, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE