**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES E. HERMANSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | 3:17-cv-00721-HDM-VPC |
| v. ) | |
| ) | |
| ISIDRO BACA, et al., ) | **ORDER** |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | |

Petitioner's unopposed motion for extension of time (ECF No. 35) is GRANTED. Petitioner shall have until February 6, 2019, to file an opposition to the motion to dismiss in this case.

IT IS SO ORDERED.

DATED: This 9th day of January, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE