**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES E. HERMANSON, | ) | |
| Petitioner, | ) | |
| | ) | 3:17-cv-00721-HDM-VPC |
| v. | ) | |
| ISIDRO BACA, et al., | ) | **ORDER** |
| Respondents. | ) | |

Respondents' unopposed motion for enlargement of time (ECF No. 39) is GRANTED. Petitioner shall have until March 14, 2019, to file a reply to the opposition to the motion to dismiss in this case.

IT IS SO ORDERED.

DATED: This 19th day of February, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE